

FILED
CLERK, U.S. DISTRICT COURT

MAY 15 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>BASSEM GHOBRYAL,<br>DEFENDANT(S). | CASE NUMBER<br>2:19-MJ-02046-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Tuesday, May 21</u>, <u>2019</u>, at <u>1:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>580</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: May 15, 2019

_____
U.S. District Judge/Magistrate Judge